UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| Juan Costilla, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| Lincoln General Insurance Company, ) | No. 4:12-CV-291-BR | |
| ) | | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED WITHOUT PREJUDICE, and the 7 December 2012 order directing payments of the filing fee from plaintiff's prison trust account is VACATED.

**This judgment filed and entered on December 18, 2012, and served on:**

Juan Costilla (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC 27885)

December 18, 2012                                      /s/ Julie A. Richards,
                                                                          Clerk of Court